

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| STEPHEN MAYER, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-28 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS; THE GEO GROUP, INC.; | * | |
| and UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondents. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Petitioner Stephen Mayer ("Mayer") filed Objections to this Report and Recommendation. Dkt. No. 14.

The Magistrate Judge recommended the Court dismiss without prejudice Mayer's 28 U.S.C. § 2241 Petition because Mayer failed to set forth allegations sounding in habeas corpus. Dkt. No. 7. While Mayer's Objections are responsive to the Magistrate Judge's Report and Recommendation, they are without merit. Mayer presents nothing indicating his claims entitle him to proceed with a habeas corpus action, despite his efforts to the

AO 72A
(Rev. 8/82)

contrary. Dkt. No. 14. In addition, Mayer's assertion that his Petition is not mooted due to the imminent closure of D. Ray James Correctional Institution, <u>id.</u> at pp. 5-6, is not before this Court. The Magistrate Judge did not recommend the dismissal of Mayer's Petition on this basis. Moreover, even if the Magistrate Judge had made this recommendation, Mayer still makes no viable habeas corpus claim, and his Petition would be subject to dismissal on this basis alone.

Accordingly, the Court **OVERRULES** Mayer's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Mayer's 28 U.S.C. §2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Mayer *in forma pauperis* status on appeal.

SO ORDERED, this 9 day of September, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA