AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 10:09 am, Sep 10, 2020

STEPHEN MAYER

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:20-cv-28

TRACY JOHNS; THE GEO GROUP, INC.; and UNITED STATES OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated September 9, 2020; the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Mayer's Petition is DISMISSED without prejudice. Petitioner is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

_September 9, 2020_
Date

John Triplett, Acting Clerk of Court
Clerk

_Megan Garcia_
(By) Deputy Clerk

GAS Rev 10/1/03